**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

FILED
2026 MAY -4 PM 3:50

|                                         |                                          |
| --------------------------------------- | ---------------------------------------- |
| Micheal Usher,                          |                                          |
| **Plaintiff,**                          | CIVIL ACTION NO:1:25-CV-12374-WGY        |
| vs                                      |                                          |
| EQUIFAX INFORMATION SERVICES, LLC,      |                                          |
| **Defendant.**                          |                                          |

**PLAINTIFF'S MOTION TO CONTINUE HEARING DUE TO UNAVOIDABLE SCHEDULING CONFLICT**

Plaintiff, Michael Usher, respectfully moves the Court to Continue the Motion Hearing set for **5/18/2026 10:30 AM** in Courtroom 18 (In person only) before Judge William G. Young. (KB), and states as follows:

1. On January 23, 2026, the previously scheduled hearing in this matter was canceled and set for rescheduling due to a *severe snowstorm* which led to the courthouse being closed and the postponement of all scheduled matters.

2. Following the weather-related closure, no updated hearing date was issued for approximately *four months*, and neither party received notice of when the matter would be reset.

3. The Court has now rescheduled the hearing for **May 18, 2026 at 10:30 AM**. However, Plaintiff is already required to appear in a separate court proceeding during that same week.

4. Plaintiff's employment allows only one excused absence for court appearances within a single week. Plaintiff has already used that excused absence for the previously scheduled matter and is unable to take a second day off work during the same week without risking disciplinary action or termination.

5. Plaintiff is not attempting to delay these proceedings. The conflict arises solely from the Court's weather-related cancellation and the subsequent rescheduling after a four-month gap, combined with Plaintiff's pre-existing court obligation and employment limitations.

6. Plaintiff respectfully requests a brief continuance so that he may appear and participate fully without jeopardizing his employment.

**WHEREFORE**, Plaintiff respectfully asks the Court to continue the hearing to the next available date convenient to the Court and grant any further relief deemed just and proper.

Respectfully submitted,

Michael Usher
181 W Broadway
Boston, MA 02127
617-934-9298
mizzo40@icloud.com

Dated: May 4, 2026

<h3 style="text-align:center">CERTIFICATE OF SERVICE</h3>

I certify that a true copy was served on Counsel for Defendant via email and filed with the clerk of court on May 4, 2026.

**Mario D. Nimock,** Bar No. 687627
mnimock@seyfarth.com
233 South Wacker Drive. Ste: 8000
Chicago, Illinois 60606-5218
(312) 460-5218

*Counsel for Defendant*
*Equifax Information Services LLC*