AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-12374-WGY**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Equfiax Information Services LLC**
was recieved by me on  **10/28/2025**:

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Alisha M Smith**, who is designated by law to accept service of process on behalf of **Equfiax Information Services LLC** at **2 Sun Ct Ste 400, Peachtree Corners, GA 30092 on 10/29/2025 at 9:35 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  10/29/2025

_____
Server's signature

_____
**Dana Faulkner**
Printed name and title

**3769 Tupelo Trail
Auburn, GA 30011**

_____
Server's address

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Alisha M Smith who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Coordinator, Authorized to Accept.**





Tracking #: 0192795188