**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MICHAEL USHER,<br><br>      Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | Case No. 1:25-cv-12374-WGY |

**NOTICE OF SETTLEMENT**

Defendant EQUIFAX INFORMATION SERVICES LLC, by its attorneys, hereby notifies the Court that Plaintiff and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement and filing a dismissal with prejudice as to Equifax. Plaintiff therefore requests that the Court vacate all pending deadlines in this matter as to Equifax. Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

DATED: June 30, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By:   */s/ Jennifer R. Brooks*
    Jennifer R. Brooks
    **Admitted Pro Hac Vice*
    jrbrooks@seyfarth.com
    SEYFARTH SHAW LLP
    2323 Ross Avenue, Suite 1660
    Dallas, Texas 75201
    Telephone:  (469) 608-6730

*Counsel for Defendant
Equifax Information Services LLC*

326806021v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 30, 2026, I presented the foregoing NOTICE OF SETTLEMENT to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

MICHAEL USHER, *plaintiff pro se*
181 W BROADWAY
SOUTH BOSTON MA 02127-1069


  */s/ Jennifer R. Brooks*
Jennifer R. Brooks
*Counsel for Defendant*
*Equifax Information Services LLC*

326806021v.1