**UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS**

Michael Usher
Plaintiff

                                          CIVIL ACTION
                                          NO. 25cv12374-WGY

        V.

Equifax Information Services LLC
Defendant

**SETTLEMENT ORDER OF DISMISSAL**

**YOUNG, D.J.**

    The Court having been advised on June 30, 2026, that the above-entitled action has been settled.

    **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                            By the Court,

June 30, 2026                            /s/Matthew A. Paine
Date                                    Deputy Clerk